## Richmond

JACK W. EDWARDS v. ELIZABETH ANN EDWARDS.

January 18, 1971.

Record No. 7262.

Present, Snead, C.J., I'Anson, Gordon, Harrison, Cochran and Harman, JJ.

*Lowry J. Miller* (*James B. Miller and Gary W. Reese*, on brief), for appellant.

*Ken McFarlane Smith* (*James W. Korman; Kinney, Smith & Barham*, on brief), for appellee.

*Decree affirmed* without opinion by equally divided Court.